# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 1, 2018

155695

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

CLOIS ANTHONY BELL,
    Defendant-Appellant.

SC: 155695
COA: 335967
Bay CC: 06-010684-FH;
06-010766-FH; 06-010767-FH
06-011123-FH

_____/

    On order of the Court, the application for leave to appeal the March 8, 2017 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).

    WILDER, J., did not participate because he was on the Court of Appeals panel.



    I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 1, 2018



Clerk

a0423